# Hafetz & Necheles LLP

ATTORNEYS AT LAW

10 East 40th Street, 48th Floor
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 23, 2018

Hon. Dora L. Irizarry

United States District Court

Eastern District of New York

225 Cadman Plaza E,

Brooklyn, NY 11201

      Re: *United States v. Igal Haimoff*, 18-cr-524 (DLI)

Dear Chief Judge Irizarry:

      We write to respectfully request that the Court so-order this letter motion and allow us to withdraw as counsel for Igal Haimoff. Rabbi Haimoff's new counsel has recently filed a stipulation of change of counsel. *See* Dkt. # 23. This stipulation of change of counsel complies with Local Crim. R. 1.2 and Local Civil R. 1.4. *See* Local Civ. R. 1.2, Committee Note.

      Hafetz & Necheles LLP is not asserting a retaining or charging lien on Rabbi Haimoff. We will serve a copy of this letter motion upon Rabbi Haimoff by email and all other parties in this case via ECF.

      Respectfully,

      _____/s/_____
      HAFETZ & NECHELES LLP
      Susan. R. Necheles
      Gedalia M. Stern
      10 East 40th Street, 48th Floor
      New York, NY 10016
      212-997-7400
      srn@hafetznecheles.com